# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Kris Bortnovsky, aka "Kris Bort,"<br>and Ryan Shapiro<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)           21-MJ-2826-MBB<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   August 2017 - November 2021   in the county of   Suffolk   in the
_____ District of   Massachusetts   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit securities fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent BJ Kang

☑ Continued on the attached sheet.

*BJ Kang*
*Complainant's signature*

Special Agent BJ Kang
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/06/2021

_____
*Judge's signature*

City and state:   Brookline, MA   Hon. Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*